# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CODY LANE CAGLE**                                                                     **PETITIONER**
**ADC #175719**

v.                             Case No. 4:20-cv-01335-LPR-JTK

**DEXTER PAYNE**
**Director, ADC**                                                                        **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED WITHOUT PREJUDICE and this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 6th day of January 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE